IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE VETTER, | ) | No. C 12-0969 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CALIFORNIA PRISON HEALTH CARE, et al., | ) | |
| Defendants. | ) | |

On February 27, 2012, Plaintiff, proceeding *pro se*, filed a letter, which commenced this action. The same day, the Clerk notified Plaintiff that he had not filed a complaint, paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notices, Plaintiff was provided with a IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a complaint and a completed IFP application, or pay the filing fee within thirty days would result in the dismissal of this action. On March 29, 2012, Plaintiff filed a complaint and a motion for leave to proceed IFP.

On April 27, 2012, the Clerk notified Plaintiff that his motion for leave to proceed IFP was still deficient. Plaintiff was directed to submit a Certificate of Funds completed and signed by an authorized officer at the prison. Plaintiff was warned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. To date, Plaintiff has not paid his filing fee, nor has he filed a completed IFP application.

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Vetter969ifpdis.wpd

1  Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall enter
2  judgment and close the file.
3  IT IS SO ORDERED.
4  DATED: 6/12/12

   _____
   LUCY H. KOH
   United States District Judge