IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VETTER, ) | No. C 12-0969 LHK (PR) |
| Plaintiff, ) | ORDER TO RE-OPEN |
| v. ) | |
| CALIFORNIA PRISON HEALTH CARE, ) | |
| Defendants. ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 13, 2012, the Court dismissed this action without prejudice based on Plaintiff's failure to timely submit an application to proceed in forma pauperis ("IFP"), or pay the filing fee. On July 23, 2012, the Clerk of the Court filed a letter from Plaintiff, alleging that, through no fault of his own, his IFP application was late. Good cause being shown, the Court RE-OPENS this action. The Court will conduct its initial screening in a separate order.

IT IS SO ORDERED.

DATED: 7/27/12

LUCY H. KOH
United States District Judge

Order to Re-Open
G:\PRO-SE\SJ.LHK\CR.12\Vetter969reo.wpd